UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LUCAS OBI,** : | |
| Petitioner : | CIVIL ACTION NO. 3:23-1753 |
| v. : | (JUDGE MANNION) |
| : | |
| **MICHAEL UNDERWOOD, et al.,** : | |
| Respondents | |

## ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court is directed to **TRANSFER** this case to the United States District Court for the Western District of Pennsylvania, due to this Court's lack of jurisdiction over the matter. See 28 U.S.C. §1404(a); 28 U.S.C. §1406(a).

2. The Clerk of Court is directed to **CLOSE THIS CASE**.

s/ Malachy E. Mannion
**MALACHY E. MANNION**
**United States District Judge**

**DATE: November 1, 2023**
23-1753-01-Order